UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY THORNE, SR., | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:11-CV-716-DDN |
| LARRY DENNEY, | ) ) ) |
| Respondent. | ) |

### ORDER

**IT IS HEREBY ORDERED** that petitioner's motion to appoint counsel [Doc. #13] is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this Order.

Dated this 31st day of August, 2011.

                **/s/Jean C. Hamilton**
                **UNITED STATES DISTRICT JUDGE**